HARRAH'S ENTERTAINMENT, INC., and Harrah's Operating Company, Inc., Plaintiffs–Appellants,

v.

STATION CASINOS, INC., Boulder Station, Inc., Palace Station Hotel & Casino, Inc., Santa Fe Station, Inc., Sunset Station, Inc., Texas Station, LLC, and Green Valley Ranch Gaming, LLC, Defendants–Appellees.

No. 05–1144.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2005.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.